IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NICK G. RAMOS, | ) | CIVIL 11-00049-DAE-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| J.P. MORGAN CHASE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served

concurrently upon those counsel of record who are registered participants of

CM/ECF, and served on May 6, 2011 by First Class Mail addressed to plaintiff

Nick G. Ramos,   and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the

Findings and Recommendation are adopted as the opinion and order of this

Court.

     IT IS SO ORDERED.

     DATED: Honolulu, Hawaii, May 24, 2011.



     _____
     David Alan Ezra
     United States District Judge

Nick G. Ramos vs. J.P. Morgan Chase, et al., Civil No. 11-00049 DAE-BMK;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION